UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHARI MARK HICKS,<br><br>    Petitioner,<br><br>v.<br><br>RON RACKLEY, Warden,<br><br>    Respondent. | Case No. 16-03270 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order denying the Petition for a Writ of Habeas Corpus, judgment is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED**.

Dated: 7/11/2018

*(signature)*
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.16\03270Hicks_judgment